UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN WATKINS,<br><br>            Plaintiff,<br><br>   v.<br><br>PARELL, et al.,<br><br>            Defendants. | No.  2:  14-cv-0670 KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has consented to the jurisdiction of the undersigned.

By an order filed June 11, 2014, this court granted plaintiff thirty days to either file an amended complaint or return the forms necessary for service of defendants Parell and Sweet. Thirty days passed and plaintiff did not respond to the June 11, 2014 order.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of this order, plaintiff shall show cause why this action should not be dismissed for his failure to respond to the June 11, 2014 order; plaintiff's failure to respond to this order will result in dismissal of this action.

Dated:  July 30, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Wat670.fusm

1