UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN WATKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>PARELL, et al.,<br><br>    Defendants. | No. 2: 14-cv-0670 KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff consented to the jurisdiction of the undersigned.

By an order filed June 11, 2014, plaintiff was granted thirty days to either file an amended complaint or return the forms necessary for service of defendants Parell and Sweet.  Thirty days passed and plaintiff did not respond to the June 11, 2014 order.

On July 30, 2014, plaintiff was granted twenty-one days to show cause why this action should not be dismissed for his failure to respond to the June 11, 2014 order.

Although it appears from the file that plaintiff's copy of the July 30, 2014 order was returned, plaintiff was properly served.  It is the plaintiff's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

////

1

1       Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

2  See Local Rule 110; Fed. R. Civ. P. 41(b).

3  Dated:  October 16, 2014

5  Wat670.dis

                              KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE